# United States District Court
## Southern District of Georgia

| | |
|---|---|
| Raymond Cross | Case No. **CV205-109** |
| Plaintiff | |
| v. | Appearing on behalf of |
| Merck & Co., Inc. | Plaintiff |
| Defendant | (Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of June, 2005.

FILED U.S. DIST. COURT BRUNSWICK DIV. 2005 JUN -1 A 10:25

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

| | |
|---|---|
| **NAME OF PETITIONER:** | Stephanie J. Hartley |
| **Business Address:** | Spohrer, Wilner, Maxwell & Matthews, P.A. |
| | Firm/Business Name |
| | 701 West Adams Street |
| | Street Address |
| Suite 2 | Jacksonville    FL    32204 |
| Street Address (con't) | City    State    Zip |

Mailing Address (if other than street address)

| | |
|---|---|
| Address Line 2 | City, State, Zip |
| (904) 354-8310 | |
| Telephone Number (w/ area code) | Georgia Bar Number |