# United States District Court
## *Southern District of Georgia*

Raymond Cross  
_____  
Plaintiff

v.

Merck & Co., Inc.  
_____  
Defendant

Case No. **CV205-109**

Appearing on behalf of

Plaintiff  
_____  
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This  1st  day of  June , 2005 .

FILED U.S. DIST. COURT BRUNSWICK DIV. 2005 JUN -1 A 10 25

_____  
JAMES E. GRAHAM  
UNITED STATES MAGISTRATE JUDGE  
***

**NAME OF PETITIONER:** Stephanie J. Hartley

**Business Address:** Spohrer, Wilner, Maxwell & Matthews, P.A.  
Firm/Business Name

701 West Adams Street  
Street Address

| Suite 2 | Jacksonville | FL | 32204 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (904) 354-8310 | |
| Telephone Number (w/ area code) | Georgia Bar Number |